People v Clyburn (2025 NY Slip Op 03464)

People v Clyburn

2025 NY Slip Op 03464

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, DELCONTE, AND HANNAH, JJ.

420 KA 23-00888

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
RODNEY CLYBURN, DEFENDANT-APPELLANT. 

NATHANIEL L. BARONE, PUBLIC DEFENDER, MAYVILLE (LYNN S. SCHAFFER OF COUNSEL), FOR DEFENDANT-APPELLANT. 
JASON L. SCHMIDT, DISTRICT ATTORNEY, MAYVILLE (MICHAEL J. PISKO OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Chautauqua County Court (David W. Foley, J.), rendered May 5, 2023. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court